UNITED STATES of America, Appellee,

v.

Douglas REGA, Defendant–Appellee.

No. 05–2524–cr.

United States Court of Appeals, Second Circuit.

Dec. 7, 2006.

Douglas Rega, pro se, Waymart, PA, for Plaintiff–Appellant.

Christine Y. Wong and Harry Sandick, Assistant United States Attorneys, for Michael J. Garcia, United States Attorney for the Southern District of New York, for Defendants–Appellees.

PRESENT: Hon. GUIDO CALABRESI, Hon. ROBERT D. SACK, Circuit Judges, Hon. RICHARD M. BERMAN, District Judge.*

## SUMMARY ORDER

Defendant–Appellant Douglas Rega ("Rega") appeals, *pro se,* the orders of the district court (Koeltl, *J.*), issued on November 26, 2003, and August 9, 2004, denying Rega's motion for a corrected or reduced sentence pursuant to former Rule 35 of the Federal Rules of Criminal Procedure. We affirm for substantially the reasons given by the district court in its thoughtful orders. Its conclusions were well within the court's ample discretion.

We have considered all of Rega's arguments and find them to be without merit. The decision of the district court is therefore AFFIRMED.